**Electronically Filed
Supreme Court
SCPW-19-0000432
23-JUL-2019
01:46 PM**

SCPW-19-0000432

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

FRANCIS P. GRANDINETTI, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CR. NO. 93-0141)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Francis P. Grandinetti's motion for reconsideration, filed on July 15, 2019, the documents attached thereto and submitted in support thereof, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, July 23, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

